**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA LOPEZ, <br><br> Plaintiff, <br> v. <br> JUAN MARTINEZ, et al., <br><br> Defendants. | No. CV 16-0168 SVW (AS) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

On January 8, 2016, Plaintiff Veronica Lopez filed a pro se civil rights Complaint pursuant to 42 U.S.C. §§ 1983 and 1985 and state law. (Docket Entry No. 1). Plaintiff named as Defendants: (1) Philip Browning, the Director of the Los Angeles County Department of Children and Family Services ("DCFS"); (2) Charles Tadlock, a supervisor at DCFS; (3) DCFS employees Juan Martinez, Laura Luna, and Shiomara Sampayo; (4) California Governor Jerry Brown; (5) the County of Los Angeles; (6) the Superior Court of California for the County of Los Angeles; (7) the DCFS; (8) Los Angeles Dependency Lawyers, Inc. ("LADL"); and (9) LADL attorneys Kenneth Allen Krekorian, Lawren Ann Cottles, and Lydia Katherine

Anderson.  (Id. at 1, 4-6).[1]  Plaintiff also named five Doe defendants.  (Id. at 1).  Plaintiff alleged that Defendants violated her constitutional rights during child dependency proceedings under California Welfare and Institutions Code § 300.  (Id. at 5-6).

On April 25, 2016, the Court issued an order dismissing the Complaint with leave to amend. (Docket Entry No. 7). The Court's order identified the Complaint's deficiencies and directed Plaintiff to file a First Amended Complaint no later than thirty days from the Court's order, or May 25, 2016.  (Id. at 18-19).

To date, Plaintiff has failed to file a First Amended Complaint or communicate with the Court in any way.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **Friday, July 22, 2016**, why this action should not be dismissed with prejudice for failure to prosecute and failure to obey a court order.  This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

**If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  A notice of dismissal form is attached for Plaintiff's convenience.  Plaintiff is warned that a failure to**

---

[1] For ease of reference, the Court cites the Complaint and its attached exhibits as though they form one continuously paginated document.

**timely respond to this Order will result in a recommendation that this action be dismissed <u>with prejudice</u> under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

IT IS SO ORDERED.

Dated: July 1, 2016.

                                        /s/
                            ALKA SAGAR
                United States Magistrate Judge