UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> JUAN MARTINEZ, et. al., <br><br> Defendants. | NO. CV 16-0168-SVW (AS) <br><br><br> **JUDGMENT** |

   Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

   DATED: October 25, 2016.

                                   _____
                                        STEPHEN V. WILSON
                                   UNITED STATES DISTRICT JUDGE